```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GREGORIO PINTO,                                              :
                                      Plaintiff,             :
                                                             :           22 Civ. 2163 (LGS)
            -against-                                        :
                                                             :                ORDER
MT. HAWLEY INSURANCE COMPANY,                                :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 15, 2022, required the parties to file a status letter on September 14, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **September 16, 2022**, the parties shall file the status letter.

Dated: September 15, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE